# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE RAMON RODRIGUEZ-CORRAL (2),<br><br>Defendant. | No. CR 06-006565TUC-FRZ [BPV]<br><br>REPORT and RECOMMENDATION |

Defendant Jose Ramon Rodriguez-Corral was indicted as an alien illegally in this country and for possession of a firearm, docket #9. On April 13, 2006, Defendant filed a Motion to Suppress Evidence [13]. On May 9, 2006, the Government filed its Response [16]. The matter came on for hearing on May 15, 2006.

The Government called Tucson Police Department Officers Ray Rede and Alfonso Lozoya. These witnesses were sworn and examined. The Defendant called no witnesses.

## STATEMENT OF FACTS

On February 12, 2006, at approximately 5:30 p.m., Tucson Police Officer Rede observed a vehicle traveling the wrong direction on 6th Avenue, a one-way street in downtown Tucson, Arizona. Officer Rede conducted a traffic stop of that vehicle near Broadway, in fact, the driver stopped his vehicle on Broadway. Officer Rede approached the driver's side window and smelled the strong odor of fresh marijuana emitting from the inside of the vehicle. Officer Rede specifically recalled that the odor was NOT burned marijuana. He spoke with the driver who is not the defendant in this case and observed what appeared to be the handle of a handgun wedged in the vehicle. Officer Rede requested identification

COPIES DISTRIBUTED 5/22/06

documents from the driver and all other passengers. At this point, Officer Rede requested back-up assistance.

Officer Lazoya arrived at the scene to provide assistance. After conferring with Officer Rede, Officer Lazoya approached the passenger side window and spoke with the front seat passenger, Defendant Rodriguez-Corral. In additional to smelling the strong odor of marijuana, Officer Loyoza also observed small pieces of marijuana on Defendant's lap. At this point, he instructed the Defendant to step out of the vehicle, arrested him, handcuffed him, and moved him to the rear of the vehicle. There, Officer Lozoya conducted a pat-down of the Defendant ind discovered a bag of marijuana in the Defendant's right front pocket.

Thereafter, all three occupants were removed from the vehicle, and an additional back-up officer was requested to appear in order to take custody of the passengers. The search of the car determined that the perceived weapon in the driver's door area was, in fact, a cigarette lighter. The search of the vehicle also produced a baggie of marijuana under the Defendant's and front passenger's seat as well as two firearms under the front seats. A subsequent search of the vehicle's trunk revealed the presence of about 1.75 pounds of marijuana.

**FINDINGS**

Defendant Rodriguez-Corral has standing to challenge the seizure of the vehicle and his detention. He does not have standing to challenge the search of the vehicle. There is no evidence presented that he is anything more than a passenger.

The police officer in this case had probable cause to seize the vehicle for traveling southbound on a northbound street. After the vehicle was detained, the odor of fresh marijuana gave the officer reason to continue to detain all occupants of the vehicle. The detention in this matter was for a short period of time. The possession of fresh, un-smoked marijuana is not lawful behavior in any form within the United States or, at least, within the State of Arizona. The officer is entitled to determine who, if any, persons were involved in the possession of said marijuana. With respect to Mr. Rodriguez-Corral, his further detention was authorized at the moment that Officer Lozoya saw loose particles of marijuana on

1 | Defendant's lap and further supported after his arrest when more contraband was found in
2 | his pocket.

### CONCLUSION

IT IS THE REPORT AND RECOMMENDATION OF THIS COURT THAT THE DISTRICT COURT **DENY** Defendant's Motion to Suppress Physical Evidence.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the parties have ten (10) days from the date of this Report and Recommendation to file written objections to these findings and recommendations with the District Court. Any objections filed should be captioned as CR 06-00656-TUC-FRZ(BPV).

DATED this 22ND day of May, 2006.

BERNARDO P. VELASCO
UNITED STATES MAGISTRATE JUDGE

FRZ; BPV; JENNIFER J. MALDONADO, AUSA; JASON HANNAN, AFPD;