**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>                    Plaintiff(s),            )<br>                                                            )<br>vs.                                                       )<br>                                                            )<br>Jose Rodriguez-Corral,                  )<br>                                                            )<br>                    Defendant(s).         )<br>                                                            ) | NO. CR 06-656-TUC-FRZ (BPV)<br><br>ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Evidence [13].

On May 15, 2006, Magistrate Judge Bernardo P. Velasco conducted a hearing and on May 24, 2006 issued his Report and Recommendation. A copy was sent to all parties. On June 6, 2006, the Defendant filed objections to the Magistrate Judge's Report and Recommendation.

The Court has conducted a de novo review in this matter. The Court has made an independent review of the record herein. The Court has reviewed the pleadings filed in this matter, the transcript of the proceedings before the Magistrate Judge, and the documents and photographs admitted as exhibits at the hearing. Based upon its de novo review of the record, the Court overrules and denies Defendant's objections to the Report and Recommendation.

IT IS, THEREFORE, ORDERED that Magistrate Judge Velasco's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress Evidence is DENIED.

DATED this 20th day of June, 2006.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge